IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

---------------------------------------------------------- X
:
IN RE: AREDIA® AND ZOMETA®          :     No. 3:06-MD-1760
PRODUCTS LIABILITY LITIGATION       :
                                    :     JUDGE CAMPBELL
This Document Relates To:           :
                                    :     MAGISTRATE JUDGE BROWN
*James Anticola, Sr., Executor of the* :
*Estate of Ruthann Anticola v.*     :
*Novartis Pharmaceuticals Corporation,* :
Case No.: 3:07-cv-00095             :
                                    :
---------------------------------------------------------- X

## STIPULATION OF DISMISSAL

Plaintiff James Anticola, Sr. and defendant Novartis Pharmaceuticals Corporation, by and through their respective counsel, hereby stipulate and agree that (i) this action shall be voluntarily dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice and with each party to bear its own costs and (ii) that defendant Novartis Pharmaceuticals Corporation shall simultaneously with the filing of this Stipulation of Dismissal, withdraw its motion for summary judgment.

OSBORN LAW, P.C.                              HOLLINGSWORTH LLP


By     /s/ Daniel A. Osborn                   By     /s/ Katharine R. Latimer
       Daniel A. Osborn (DO 2809)                    Joe G. Hollingsworth
OSBORN LAW, P.C.                                     Katharine R. Latimer
295 Madison Avenue, 39th Floor                HOLLINGSWORTH LLP
New York, New York 10017                      1350 I Street, NW
Telephone: (212) 725-9800                     Washington, D.C. 20005
Facsimile: (212) 725-9808                     Telephone: (202) 898-5800
                                              Facsimile: (202) 682-1639

*Attorneys for Plaintiff*                     *Attorneys for Defendant*
*James Anticola*                              *Novartis Pharmaceuticals Corporation*